UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

STELLA FRANCES LOAIZA
WALTER CORDOBA LOAIZA

_____ Debtor(s). _____

GORDON P. JONES, AS TRUSTEE OF
THE ESTATE OF STELLA FRANCES
LOAIZA AND WALTER CORDOBA LOAIZA

Plaintiff.

vs.

STELLA FRANCES LOAIZA AND WALTER
CORDOBA LOAIZA

_____ Defendant(s) _____

CASE NO. 21-02498-JAB
ADV. NO.:  21-ap-00095-JAB

## MOTION FOR JUDGMENT BY DEFAULT

The Plaintiff, Gordon P. Jones, as Trustee of the Estate of Stella Frances Loaiza and Walter Cordoba Loaiza, files this Motion for Judgment by Default pursuant to Local rule 7005-2(b)and states that timely service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedure and that the defendant failed to file a responsive pleading or motion before the expiration of the time specified or any extension of time obtained.  The Court entered a Default on February 22, 2022 (Docket #9).  Plaintiff has simultaneously filed his Affidavit of Non-Military Services that defendant is not on active military duty.

Dated: February 23, 2022

_____
Gordon P. Jones
Florida Bar No.: 829439
PO Box 600459
Jacksonville, FL 32260
(904) 262-7373

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 23rd day of February, 2022 or electronically by the Bankruptcy Noticing Center, to the following:

Stella Frances Loaiza
20807 Sw Peacock Dr
Dunnellon, FL  34431

Walter Cordoba Loaiza
20807 Sw Peacock Dr
Dunnellon, FL  34431

Office of United States Trustee

_____
Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

STELLA FRANCES LOAIZA
WALTER CORDOBA LOAIZA
_____Debtors(s)._____
GORDON P. JONES, AS TRUSTEE OF
THE ESTATE OF STELLA FRANCES
LOAIZA AND WALTER CORDOBA LOAIZA
Plaintiff.

vs.

STELLA FRANCES LOAIZA AND WALTER
CORDOBA LOAIZA
_____Defendant(s)_____

CASE NO. 21-02498-JAB
ADV. NO.: 21-ap-00095-JAB

**AFFIDAVIT IN SUPPORT OF ALLEGATIONS
SET FORTH IN THE COMPLAINT**

STATE OF FLORIDA
COUNTY OF DUVAL

BEFORE ME, the undersigned authority, on this day personally appeared Gordon P. Jones, who after being duly sworn, deposes and says:

1.      That he is over the age of eighteen (18) years of age, that he is the duly appointed Trustee of the Estate of Stella Frances Loaiza and Walter Cordoba Loaiza, and that he makes this Affidavit on his own personal knowledge.

2.      The Defendants original filing did not contain the required Schedules or Statement of Financial Affairs.

3.      The Clerk served a Notice of Deficient Filing (Docket #3).

4.      On November 5, 2021, the Trustee filed a Motion to Compel Debtors' Compliance with 11 U.S.C §521 (Docket #9).

5.      The Order Granting Trustee's Motion to Compel was filed by the court on November 8, 2021 (Docket #12).

6.      Defendants did not file the required Schedules.

7.      The Order Granting Trustee's Motion to Compel ordered the Defendants to file their required Schedules within five (5) days and Ordered them to attend any MOC or continued MOC.

8.      The Defendants failed to attend the MOC.


FURTHER AFFIANT SAYETH NAUGHT.


_____
GORDON P. JONES

The foregoing Affidavit was acknowledged before me this 23rd day of February, 2022, by Gordon P. Jones, who is personally known to me.



KELLY L. SAKIN
Notary Public-State of Florida
Commission # HH 164092
My Commission Expires
August 11, 2025

_Kelly Sakin_
_____
Notary Public
[SEAL]

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 23rd day of February, 2022 or electronically by the Bankruptcy Noticing Center, to the following:

Stella Frances Loaiza
20807 Sw Peacock Dr
Dunnellon, FL 34431

Walter Cordoba Loaiza
20807 Sw Peacock Dr
Dunnellon, FL 34431

Office of United States Trustee

_____
Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

CASE NO. 21-02498-JAB
ADV. NO.: 21-ap-00095-JAB

STELLA FRANCES LOAIZA
WALTER CORDOBA LOAIZA
                        Debtors(s).
GORDON P. JONES, AS TRUSTEE OF
THE ESTATE OF STELLA FRANCES
LOAIZA AND WALTER CORDOBA LOAIZA
                        Plaintiff.

vs.

STELLA FRANCES LOAIZA AND WALTER
CORDOBA LOAIZA
                        Defendant(s)

## AFFIDAVIT OF NON-MILITARY SERVICE

STATE OF FLORIDA
COUNTY OF DUVAL

BEFORE ME, the undersigned authority, on this day personally appeared Gordon P. Jones, who after being duly sworn, deposes and says:

1.      That he is over the age of eighteen (18) years of age, that he is the duly appointed Trustee of the Estate of Stella Frances Loaiza and Walter Cordoba Loaiza, and that he makes this Affidavit on his own personal knowledge.

2.      I have made a personal investigation into the name, social security number and birthdate of the Defendant.

3.      As a result of the investigation and review, it is my belief that the Defendant is not in the U.S. military service on active duty.

4.      My information and belief are based on a Single Record Request for active-duty military from https://scra.dmdc.osd.mil.

5.      A true and accurate copy of the Single Record Request for active -duty military from https://scra.dmdc.osd.mil evidencing that Defendant is not an active duty member of the U.S. military service is attached hereto as **Exhibit "1"**.

6.      I understand that any false statements in this document are made subject to penalty of perjury, and that making a false statement is a violation of Federal Law and is subject to both fine and imprisonment.

_____
GORDON P. JONES

## NOTARIAL CERTIFICATION

The foregoing Affidavit was acknowledged before me this 23rd day of February, 2022, by Gordon P. Jones, who is personally known to me.

_____
Notary Public
[SEAL]

KELLY L. SAKIN
Notary Public-State of Florida
Commission # HH 164092
My Commission Expires
August 11, 2025

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 23rd day of February, 2022 or electronically by the Bankruptcy Noticing Center, to the following:

Stella Frances Loaiza
20807 Sw Peacock Dr
Dunnellon, FL  34431

Walter Cordoba Loaiza
20807 Sw Peacock Dr
Dunnellon, FL  34431

Office of United States Trustee

Trustee _____

Department of Defense Manpower Data Center



### Status Report
### Pursuant to Servicemembers Civil Relief Act

SSN:              XXX-XX-7627

Birth Date:

Last Name:        LOAIZA

First Name:       STELLA

Middle Name:

Status As Of:     Feb-23-2022

Certificate ID:   7K9W358D7705JM7

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director

Department of Defense - Manpower Data Center

400 Gigling Rd.

Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:        XXX-XX-8035
Birth Date:
Last Name:    LOAIZA
First Name:    WALTER
Middle Name:
Status As Of:    Feb-23-2022
Certificate ID:    ZTH3XYV1RXJ16QJ

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.