**ORDERED.**

**Dated:  March 04, 2022**

Jacob A. Brown
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

STELLA FRANCES LOAIZA
WALTER CORDOBA LOAIZA

                        Debtors(s).

CASE NO. 21-02498-JAB
ADV. NO.:  21-ap-00095-JAB

GORDON P. JONES, AS TRUSTEE OF
THE ESTATE OF STELLA FRANCES
LOAIZA AND WALTER CORDOBA LOAIZA

                        Plaintiff.

   vs.

STELLA FRANCES LOAIZA AND WALTER
CORDOBA LOAIZA

                        Defendant(s)

### JUDGMENT

Upon the default entered against the defendants, Stella Frances Loaiza and Walter Cordoba Loaiza, and the affidavits of the plaintiff, it is **ORDERED**:

1.       The defendants' discharge is denied.

2.       All injunctive orders previously entered are rescinded, except the stay of an act against property of the estate, under 11 U.S.C. §362(a), shall continue until such property is no longer property of the estate.

3.       The Clerk shall notify all creditors and parties in interest of the denial of the defendants' discharge.

Copies furnished to:
Gordon P. Jones
United States Trustee
Debtor(s)